## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**KENYA MITCHELL,**

**Plaintiff,**

CIVIL ACTION NO.
1:25-cv-06643-AT

**v.**

**DA DALIA RACINE, et al,**

**Defendants.**

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case.  The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 3rd day of December, 2025.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**