IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENYA MITCHELL, *as Heir and*
*Personal Representative of the Estate*
*Of Malachi Mitchell*,

      Plaintiff,

      v.

DA DALIA RACINE, et al.,

      Defendants.

CIVIL ACTION FILE
NO. 1:25-CV-6643-SCJ

## ORDER

This civil action is before the Court on Order of Magistrate Judge Christopher C. Bly as issued on November 26, 2025 [Doc. 3] denying Plaintiff's motion to proceed *in forma pauperis* directing Plaintiff to pay the $405.00 filing fee within twenty-one (21) days. As of this date, Plaintiff has failed to pay the filing fee or otherwise comply with the Court's Order.

Plaintiff is therefore **ORDERED** to show cause within fourteen (14) days why this case should not be dismissed for want of prosecution pursuant to Local Rule 41.3A(2) for refusal to obey a lawful Order of the Court. The Clerk is directed to submit this matter to the undersigned if Plaintiff fails to comply.

**IT IS SO ORDERED**, this 15th day of January, 2026.

STEVE C. JONES
UNITED STATES DISTRICT JUDGE