United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 1 1 2026

KEVIN P WEIMER. Clerk
By: _____ Deputy Clerk

Kenya Mitchell
Plaintiff,

v                                    Case Number: 1:25-cu-06643-SCJ

Dalia Racine
Defendant,

I Kenya mitchell is answering the show of
Cause on this case. I paid the filling fee 01/2026
Thank you